THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JEROME ZACHARIA, Defendant-Appellee.

(No. 59938;

First District (3rd Division)—October 17, 1974.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Linda West Conley, and Forrest M. Tatel, Assistant State's Attorneys, of counsel), for the People.

Frederick F. Cohn, Julius Lucius Echeles, and Constantine P. Xinos, all of Chicago, for appellee.